UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COLLECTOR'S COFFEE INC., <u>et al.</u>, ) <br> ) <br> Plaintiffs, ) <br> v. ) <br> ) <br> DEBEVOISE & PLIMPTON LLP, <u>et al.</u>, ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 20-2988 (RBW) |

**ORDER**

In accordance with the oral rulings issued by the Court at the motion hearing held on November 8, 2023, via teleconference, it is hereby

**ORDERED** that the Defendants' Motion to Dismiss or, Alternatively, Transfer This Case, ECF No. 26, is **GRANTED IN PART AND DENIED IN PART**. The motion is **GRANTED** to the extent that the defendants seek to dismiss the Complaint pursuant to Federal Rule of Civil of Procedure 12(b)(1). More specifically, the Court does not have subject matter jurisdiction over this matter because there is not complete diversity of citizenship between the parties. See <u>Bramson v. Gill</u>, No. 21-1280 (ABJ), 2022 WL 2111543, at *2 (D.D.C. Apr. 14, 2022) ("To establish jurisdiction under [28 U.S.C. § 1332], 'there must be complete diversity [of citizenship] between the parties, which is to say that [a] plaintiff may not be a citizen of the same state as any defendant.'" (second alteration in original) (quoting <u>Bush v. Butler</u>, 521 F. Supp. 2d 63, 71 (D.D.C. 2007))); <u>Janvey v. Proskauer Rose, LLP</u>, 59 F. Supp. 3d 1, 8 (D.D.C. 2014) ("It is well settled law that a 'stateless' partner can destroy complete diversity."); <u>id.</u> at 6 ("Partnerships which have American partners living abroad pose a special problem. . . . An American citizen domiciled abroad, while being a citizen of the United States is, of course, not domiciled in a

1

particular state, and therefore such person is 'stateless' for purposes of diversity jurisdiction." (omission in original) (quoting Swiger v. Allegheny Energy, Inc., 540 F.3d 179, 183–84 (3d Cir. 2008))).  The motion is **DENIED** in all other respects.  It is further

**ORDERED** that the Plaintiffs' Cross-Motion for Limited Jurisdictional Discovery, ECF No. 40, is **DENIED**.  It is further

**ORDERED** that the Defendants' Motion to Stay, ECF No. 21, is **DENIED AS MOOT**.  It is further

**ORDERED** that this case is **DISMISSED**.  It is further

**ORDERED** that this case is **CLOSED**.

**SO ORDERED** this 8th day of November, 2023.

REGGIE B. WALTON
United States District Judge